

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:    01-15-00047-CR

Style:      Kelvin Morris Jones Jr.

        **v.** The State of Texas

Date motion filed*:  May 4, 2015

Type of motion:   Appellant's Motion for Extension of Time to File Appellant's Brief

Party filing motion:  Appellant

Document to be filed: Appellant's brief

Is appeal accelerated?  No

If motion to extend time:
   Original due date:        March 11, 2015
   Number of previous extensions granted:  1   Current Due date: April 11, 2015
   Date Requested:       July 6, 2015

Ordered that motion is:

  ☑  Granted

     If document is to be filed, document due: **July 6, 2015**

    ☑  **The Court will not grant additional motions to extend time absent extraordinary circumstances.**

  ☐  Denied

  ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

  ☐  Other: _____

_____
_____
_____
_____
_____

Judge's signature: /s/ Terry Jennings_____
        ☑ Acting individually  ☐ Acting for the Court

Panel consists of  _____

Date: May 12, 2015_____